UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

**UNITED STATES OF AMERICA,**

           **DOCKET NO. 3:09cr26**

  **V.**                    **ORDER**

**ANTHONY J. HERRON**

---

**THIS MATTER IS BEFORE THE COURT** on Defendant's Pending Motion, (Doc. No. 47 ) Motion to Seal his Reconsideration (Doc. No. 46)

**IT IS ORDERED**, that Defendant's Motion (Doc. No.47 ) is **GRANTED.**

Signed: October 6, 2021

_Frank D. Whitney_
United States District Judge