# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | DOCKET NO. 3:09CR26 |
| V. | ORDER |
| ANTHONY J. HERRON | |

**THIS MATTER IS BEFORE THE COURT** on United States Attorney's Motion, (Doc. No. 54. ) Motion to Seal the Defendant's Medical Records, filed in Exhibit 1 in the United States' Memorandum in Opposition to the Defendant's Motion for Compassionate Release and (Doc No. 60) to file under seal the Defendant's Medical Records, filed as Exhibit A in support of the United States' Supplemental Response in Opposition to the Defendant's Motion for Compassionate Release..

**IT IS ORDERED**, that United States Attorney's Motions (Doc. No.54 & 60 ) are **GRANTED.**

Signed: October 6, 2021

Frank D. Whitney
United States District Judge